IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lee, Keith L  
Lee, Ebony L  
Printed: 01/29/09

Case Number:  07 B 20091  
Judge:  Goldgar, A. Benjamin  
Filed:  10/29/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  January 28, 2009  
Confirmed: February 5, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,131.34 |  |
| Secured: |  | 225.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,778.09 |
| Trustee Fee: |  | 128.25 |
| Other Funds: |  | 0.00 |
| Totals: | 2,131.34 | 2,131.34 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 1,778.09 |
| 2. | Garden Savings | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 1,577.73 | 225.00 |
| 4. | Illinois Dept of Revenue | Priority | 61.60 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 68.38 | 0.00 |
| 6. | B-Real LLC | Unsecured | 38.10 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 296.36 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 3.00 | 0.00 |
| 9. | Monterey Financial Services | Unsecured | 54.59 | 0.00 |
| 10. | Midland Credit Management | Unsecured | 30.12 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 38.83 | 0.00 |
| 12. | B-Real LLC | Unsecured | 94.90 | 0.00 |
| 13. | Cavalry Portfolio Services | Unsecured | 62.39 | 0.00 |
| 14. | B-Real LLC | Unsecured | 15.50 | 0.00 |
| 15. | B-Real LLC | Unsecured | 7.70 | 0.00 |
| 16. | RMI/MCSI | Unsecured | 20.00 | 0.00 |
| 17. | B-Real LLC | Unsecured | 17.10 | 0.00 |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | 662.50 | 0.00 |
| 19. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 20. | Accounts Receiveable Service | Unsecured |  | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 22. | AFNI | Unsecured |  | No Claim Filed |
| 23. | First National Credit Card | Unsecured |  | No Claim Filed |
| 24. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 25. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 26. | H & F Law Offices | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Lee, Keith L
         Lee, Ebony L
         Printed: 01/29/09

Case Number:  07 B 20091
Judge:  Goldgar, A. Benjamin
Filed:  10/29/07

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Village of Westchester | Unsecured | | No Claim Filed |
| 28. Medical Collections | Unsecured | | No Claim Filed |
| 29. Park Dansan | Unsecured | | No Claim Filed |
| 30. Pellettieri & Associates | Unsecured | | No Claim Filed |
| 31. Professional Account Management | Unsecured | | No Claim Filed |
| 32. I C Systems Inc | Unsecured | | No Claim Filed |
| 33. Torres Credit | Unsecured | | No Claim Filed |
| 34. Asset Care | Unsecured | | No Claim Filed |
| | | $ 6,532.80 | $ 2,003.09 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 50.52 |
| 6.5% | 77.73 |
| | $ 128.25 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

